1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10   SONNY RAY HARDAWAY,

11           Plaintiff,                    No. 2:12-cv-2324 GGH P

12       vs.

13   M. CHAVEZ-EPPERSON, et al.,

14           Defendants.                   ORDER

15   _____/

16           Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983.  Plaintiff has neither filed an application to proceed in forma pauperis

18   pursuant to 28 U.S.C. § 1915 nor paid the filing fee for this action.

19           The federal venue statute provides that a civil action "may be brought in (1) a

20   judicial district in which any defendant resides, if all defendants are residents of the State in

21   which the district is located, (2) a judicial district in which a substantial part of the events or

22   omissions giving rise to the claim occurred, or a substantial part of property that is the subject of

23   the action is situated, or (3) if there is no district in which an action may otherwise be brought as

24   provided in this action, any judicial district in which any defendant is subject to the court's

25   personal jurisdiction with respect to such action."  28 U.S.C. § 1391(b).

26   /////

1

1    In this case, the defendant(s) are located and the claim arose in Monterey County,

2 which is in the Northern District of California.  Therefore, plaintiff's claim should have been

3 filed in the United States District Court for the Northern District of California.  In the interest of

4 justice, a federal court may transfer a complaint filed in the wrong district to the correct district.

5 See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

6    Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

7 United States District Court for the Northern District of California.

8 DATED: October 15, 2012

9

10    /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

11

GGH:mp
12 hard2324.21a

13

14

15

16

17

18

19

20

21

22

23

24

25

26