IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SONNY RAY HARDAWAY,<br><br>Plaintiff,<br><br>v.<br><br>M. CHAVEZ-EPPERSON, et al.,<br><br>Defendants. | C 12-5459 RMW (PR)<br><br>[] ORDER GRANTING MOTION TO CHANGE TIME TO FILE AN ANSWER ON BEHALF OF DEFENDANT M. CHAVEZ-EPPERSON AND A DISPOSITIVE MOTION ON BEHALF OF BOTH DEFENDANTS |

Defendants M. Chavez-Epperson and L. Matsuno (Defendants) filed an administrative motion for an order extending their time to file an answer on behalf of Defendant M. Chavez-Epperson to thirty days after the Court enters an order on Defendants' pending Motion to Revoke Plaintiff's *In Forma Pauperis* Status and Dismiss Case (Three Strikes Motion) (Defs.' Mtn. Revoke Pl.'s IFP Status and Dismiss, ECF No. 15.), and the time to file a dispositive motion to sixty days after the Court enters an order on Defendants' pending Three Strikes Motion.

The Court has read and considered Defendants' request and the accompanying declaration of counsel, and finds good cause exists to grant the request. Accordingly, Defendants' request for an extension of time is GRANTED as follows:

1

] Order Granting Defs.' Mot. Change Time File Ans. & Dispositive Mot. (C 12-5459 RMW (PR))

1. The time for Defendant M. Chavez-Epperson to file an answer is extended to thirty days after the Court enters an order on Defendants' pending Three Strikes Motion; and

2. The time for both Defendants to file a dispositive motion is extended to sixty days after the Court enters an order on Defendants' pending Three Strikes Motion. Plaintiff's opposition to the dispositive motion shall be filed with the Court and served upon Defendants no later than twenty-eight (28) days from the date the dispositive motion is filed. A reply brief shall be filed no later than fourteen (14) days after Plaintiff's opposition is filed.

IT IS SO ORDERED.

Dated:  _____                 *Ronald M. Whyte*
                                            The Hon. Ronald M. Whyte

SF2013205673
20700367.doc

[] Order Granting Defs.' Mot. Change Time File Ans. & Dispositive Mot. (C 12-5459 RMW (PR))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SONNY RAY HARDAWAY,

        Plaintiff,

  v.

M.CHAVEZ-EPPERSON et al,

        Defendant.

Case Number: CV12-05459 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 26, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sonny Ray Hardaway P-45579
Kern Valley State Prison
PO Box 5102
134-101
Delano, CA 93216

Dated: July 26, 2013

                                        Richard W. Wieking, Clerk
                                        By: Jackie Lynn Garcia, Deputy Clerk