IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SONNY RAY HARDAWAY, | ) | No. C 12-5459 RMW (PR) |
| Plaintiff, | ) | ORDER DENYING MOTION |
| | ) | FOR EXTENSION OF TIME; |
| v. | ) | DENYING REQUEST FOR |
| | ) | ENTRY OF DEFAULT |
| M,. CHAVEZ-EPPERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | (Docket No. 25) |

Plaintiff, a California state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. The court granted plaintiff permission to proceed in forma pauperis ("IFP") and issued an order of service directing defendants to file a dispositive motion. Defendants filed a motion to revoke plaintiff's IFP status and dismiss the case. Plaintiff filed an opposition, and defendants filed a reply. Plaintiff has filed a motion for an extension of time to file a "motion against defendants' motion." (Docket No. 25.) Plaintiff has also filed a request for an entry of default against defendant L. Matsuno. (Docket No. 27.)

Plaintiff's motion for an extension of time is **DENIED.** Defendants' motion to revoke plaintiff's IFP status has been fully briefed and no further briefing is currently due. Plaintiff's request for an entry of default against Defendant L. Matsuno is **DENIED**. Defendant L. Matsuno filed a timely answer on May 31, 2013.

//

1   This order terminates docket number 25.

2   IT IS SO ORDERED.

3

4   DATED: _____  *Ronald M. Whyte*
    RONALD M. WHYTE
5   United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SONNY RAY HARDAWAY,

    Plaintiff,

v.

M.CHAVEZ-EPPERSON et al,

    Defendant.

Case Number: CV12-05459 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sonny Ray Hardaway P-45579
Kern Valley State Prison
PO Box 5102
134-101
Delano, CA 93216

Dated: October 23, 2013

    Richard W. Wieking, Clerk
    By: Jackie Lynn Garcia, Deputy Clerk