1

2

3    <mark>*E-FILED on 10/23/13*</mark>

4

5

6

7

8

9    IN THE UNITED STATES DISTRICT COURT

10   FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| | | |
|---|---|---|
| SONNY RAY HARDAWAY, | ) | No. C 12-5459 RMW (PR) |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTION |
| | ) | FOR EXTENSION OF TIME; |
| v. | ) | DENYING REQUEST FOR |
| | ) | ENTRY OF DEFAULT |
| M,. CHAVEZ-EPPERSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | (Docket No. 25) |

17          Plaintiff, a California state prisoner, filed a pro se civil rights complaint pursuant to 42

18   U.S.C. § 1983.  The court granted plaintiff permission to proceed in forma pauperis ("IFP") and

19   issued an order of service directing defendants to file a dispositive motion.  Defendants filed a

20   motion to revoke plaintiff's IFP status and dismiss the case.  Plaintiff filed an opposition, and

21   defendants filed a reply.  Plaintiff has filed a motion for an extension of time to file a "motion

22   against defendants' motion."  (Docket No. 25.)  Plaintiff has also filed a request for an entry of

23   default against defendant L. Matsuno.  (Docket No. 27.)

24          Plaintiff's motion for an extension of time is **DENIED.**  Defendants' motion to revoke

25   plaintiff's IFP status has been fully briefed and no further briefing is currently due.  Plaintiff's

26   request for an entry of default against Defendant L. Matsuno is **DENIED**.  Defendant L.

27   Matsuno filed a timely answer on May 31, 2013.

28   //

Order Denying Mot. for EOT; Req. for Default
G:\PRO-SE\RMW\CR.12\Hardaway459deny-misc.wpd

1    This order terminates docket number 25.

2    IT IS SO ORDERED.

3

4    DATED: _____        *Ronald M. Whyte*

5                                  RONALD M. WHYTE
                                   United States District Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SONNY RAY HARDAWAY,

           Plaintiff,

  v.

M.CHAVEZ-EPPERSON et al,

           Defendant.

_____/

Case Number: CV12-05459 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sonny Ray Hardaway P-45579
Kern Valley State Prison
PO Box 5102
134-101
Delano, CA 93216

Dated: October 23, 2013

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk